## UNITED STATES of America, Plaintiff–Appellee,

v.

## Anthony A. BLAGROVE, a/k/a Tony, Defendant–Appellant.

### No. 03–7197.

United States Court of Appeals, Fourth Circuit.

Submitted: July 9, 2004.

Decided: July 28, 2004.

Anthony A. Blagrove, Appellant pro se.

William David Muhr, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony A. Blagrove seeks to appeal the district court's order dismissing his 28 U.S.C. § 2255 (2000) motion as successive.* An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court absent a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find both that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Blagrove has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal.

To the extent Blagrove's notice of appeal and informal brief could be construed as a motion for authorization to file a successive § 2255 motion, we deny such authorization. *See United States v. Winestock,* 340 F.3d 200, 208 (4th Cir.), *cert. denied,* —— U.S. ——, 124 S.Ct. 496, 157 L.Ed.2d 395

---

* By order filed February 5, 2004, this appeal was placed in abeyance for *Jones v. Braxton,* No. 03–6891. In view of our recent decision in *Reid v. Angelone,* 369 F.3d 363 (4th Cir. 2004), we no longer find it necessary to hold this case in abeyance for *Jones.*

(2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*